UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHREB SUON, | : | |
| Debtor | : | BANKRUPTCY NO. 12-13426AMC |
| | : | HEARING DATE: 6/30/15  2 Pm |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor has filed a Motion with the Court to Reimpose the Automatic Stay Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before June 8, 2015 you or your attorney must do all of the following:

   (a) file an objection explaining your position at:

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Office of the Clerk
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

> James D. Moran, Esquire
> 2230 Land Title Building
> 100 South Broad Street
> Philadelphia, PA 19110
> (215) 751-1670
> Fax: (215) 448-3905

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Bankruptcy Judge, on _June 30, 2015_ at _2 pm_ in Courtroom No. 5, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing, at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: _May 22, 2015_

_/s/ James D. Moran_
JAMES D. MORAN, ESQUIRE
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 448-3905
jamesdmoran@hotmail.com